**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE FIREFIGHTER TURNOUT GEAR PFAS LITIGATION** | **MDL DOCKET NO. ____** |

## AMENDED SCHEDULE OF ACTIONS

| Case Caption | Parties | Case No. | Court | Judge |
|---|---|---|---|---|
| *City of Rochester, New York v. 3M Company; EIDP, Inc.; DuPont de Nemours, Inc.; The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; Elevate Textiles, Inc.; Fire-Dex, LLC; Globe Manufacturing Company, LLC; W.L. Gore & Associates, Inc.; Honeywell Safety Products USA, Inc.; Lion Group, Inc.; Milliken & Company; Morning Pride Manufacturing L.L.C.; Safety Components Fabric Technologies, Inc.; and Stedfast USA, Inc.* | **Plaintiff** City of Rochester, New York **Defendants** 3M Company; EIDP, Inc.; DuPont de Nemours, Inc.; The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; Elevate Textiles, Inc.; Fire-Dex, LLC; Globe Manufacturing Company, LLC; W.L. Gore & Associates, Inc.; Honeywell Safety Products USA, Inc.; Lion Group, Inc.; Milliken & Company; Morning Pride Manufacturing L.L.C.; Safety Components Fabric Technologies, Inc.; and Stedfast USA, Inc. | 0:26-cv-02329 | District of Minnesota | Hon. Jeffrey M. Bryan |
| *City of Peabody, Massachusetts v. 3M Company; EIDP, Inc.; DuPont de Nemours, Inc.; The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; and Globe Manufacturing Company, LLC* | **Plaintiff** City of Peabody, Massachusetts **Defendants** 3M Company; EIDP, Inc.; DuPont de Nemours, Inc.; The Chemours Company; | 0:25-cv-2083 | District of Minnesota | Hon. Jeffrey M. Bryan |

| | | | | |
|---|---|---|---|---|
| | The Chemours Company FC, LLC; Corteva, Inc.; Globe Manufacturing Company, LLC, TenCate Protective Fabrics USA (T), Elevate Textiles, Inc. (T), Gentex Corporation (T), W.L. Gore & Associates, Inc. (T), Fire-Dex GW, LLC (T), Honeywell Safety Products USA, Inc. (T), Intertech Group, Inc. (T), Lion Group, Inc. (T), Milliken & Company (T), Morning Price Manufacturing L.L.C. (T), PBI Performance Products, Inc. (T), Safety Components Fabric Technologies, Inc. (T), StedFast USA, Inc. (T) | | | |
| *Earlville Community Fire Protection District v. EIDP, Inc., DuPont de Nemours, Inc., The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., 3M Company, Elevate Textiles, Inc., Fire-Dex, LLC, Globe Manufacturing Company, LLC, W.L. Gore & Associates, Inc., Honeywell Safety Products USA, Inc., Innotex, Lion Group, Inc., Milliken & Company, Safety Components Fabric Technologies, Inc., and StedFast USA, Inc.* | **Plaintiffs** Earlville Community Fire Protection District  **Defendants** EIDP, Inc., DuPont de Nemours, Inc., The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., 3M Company, Elevate Textiles, Inc., Fire-Dex, LLC, Globe Manufacturing Company, LLC, W.L. Gore & Associates, Inc., Honeywell Safety Products USA, Inc., Innotex, Lion Group, Inc., Milliken & Company, Safety Components Fabric Technologies, Inc., and StedFast USA, Inc. | 0:26-cv-02388 | District of Minnesota | Hon. Jeffrey M. Bryan |

| | | | | |
|---|---|---|---|---|
| *County of San Mateo v. EIDP, Inc., DuPont de Nemours, Inc., The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., 3M Company, Elevate Textiles, Inc., Fire-Dex, LLC, Globe Manufacturing Company, LLC, W.L. Gore & Associates, Inc., Honeywell Safety Products USA, Inc., Innotex, InterTech Group, Inc., Lion Group, Inc., Milliken & Company, Morning Pride Manufacturing L.L.C., PBI Performance Products, Inc., Safety Components Fabric Technologies, Inc., StedFast USA, Inc., and TenCate Protective Fabrics USA* | <u>**Plaintiffs**</u><br>County of San Mateo<br><br><u>**Defendants**</u><br>EIDP, Inc., DuPont de Nemours, Inc., The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., 3M Company, Elevate Textiles, Inc., Fire-Dex, LLC, Globe Manufacturing Company, LLC, W.L. Gore & Associates, Inc., Honeywell Safety Products USA, Inc., Innotex, InterTech Group, Inc., Lion Group, Inc., Milliken & Company, Morning Pride Manufacturing L.L.C., PBI Performance Products, Inc., Safety Components Fabric Technologies, Inc., StedFast USA, Inc., and TenCate Protective Fabrics USA | 3:26-cv-02380 | Northern District of California | Hon. Jacqueline S. Corley |
| *City and County of Butte-Silver Bow, Montana, City of Santa Monica, California; City of Stamford, Connecticut; Old Mystic Fire District, Connecticut; Mayor and City Council of Baltimore, Maryland; Charles County, Maryland; City of St. Louis, Missouri; Kansas City, Missouri; Anniston, Alabama; Little Rock, Arkansas; Pine Bluff, Arkansas; Worcester, Massachusetts; Markham, Illinois; Gary, Indiana; Borough of Emmaus, Pennsylvania; and City of Oak Creek, Wisconsin v. 3M Company; DuPont de Nemours, Inc.; The Chemours Company, The* | <u>**Plaintiff**</u><br>City and County of Butte-Silver Bow, Montana, City of Santa Monica, California; City of Stamford, Connecticut; Old Mystic Fire District, Connecticut; Mayor and City Council of Baltimore, Maryland; Charles County, Maryland; City of St. Louis, Missouri; Kansas City, Missouri; Anniston, Alabama; Little Rock, Arkansas; Pine Bluff, Arkansas; Worcester, Massachusetts; Markham, Illinois; Gary, Indiana; Borough of | 2:25-cv-00036 | District of Montana | Hon. Brian Morris |

| | | | | |
|---|---|---|---|---|
| *Chemours Company FC, LLC, EIDP, Inc., Corteva, Inc., Fire-Dex LLC, Globe Manufacturing Company, LLC, W.L. Gore & Associates, Inc., Innotex Corp.; Lion Group, Inc., and Morning Pride Manufacturing LLC* | Emmaus, Pennsylvania; and City of Oak Creek, Wisconsin<br><br>**Defendants**<br>3M Company; DuPont de Nemours, Inc.; The Chemours Company, The Chemours Company FC, LLC, EIDP, Inc., Corteva, Inc., Fire-Dex LLC, Globe Manufacturing Company, LLC, W.L. Gore & Associates, Inc., Innotex Corp.; Lion Group, Inc., and Morning Pride Manufacturing LLC | | | |