# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3191 & TITLE - IN RE: Firefighter Turnout Gear Marketing, Sales Practices, and Products Liability Litigation

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

City of Peabody, MA.v. 3M Company et al, District of Minnesota 0:25-cv-02083

County of San Mateo v. EIDP, Inc. et al, Northern District of California 3:26-cv-02380

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Defendant Southern Mills, Inc. , (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[X] This party's parent corporation(s) are listed below:

Southern Mills states that it is a wholly-owned subsidiary of TenCate Protective Fabrics Holding B.V., and that no publicly held corporation owns 10% or more of its stock.

[ ] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/James F. Bogan III
Signature of Attorney

Kilpatrick Townsend & Stockton LLP
Name of Firm

1100 Peachtree Street, Suite 2800
Address

Atlanta, GA 30309
City/State/Zip Code

Date 05/15/2026

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** Firefighter Turnout Gear Marketing, Sales Practices, and Products Liability Litigation

**MDL No. 3191**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served on all parties in the following cases electronically via ECF, on May 15, 2026.

/s/ James F. Bogan III
James F. Bogan III (*pro hac vice*)
Georgia Bar No. 065220
KILPATRICK TOWNSEND &
  STOCKON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6467
Facsimile: (404) 541-3133
jbogan@ktslaw.com

*Counsel for Defendant Southern Mills, Inc.*
*d/b/a Tencate Protective Fabrics*