**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Firefighter Turnout Gear Marketing, Sales Practices, and Products Liability Litigation | MDL. No. 3191 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and Proof of Service were served on all parties in the following cases electronically via ECF, and as indicated below, on May 27, 2026.

**Courtesy Copies via U.S. Mail**

| | |
|---|---|
| United States District Court for the District of Minnesota, St. Paul Division<br><br>Clerk of the Court – Kate Fogarty<br>Warren E. Burger Federal Building and U.S. Courthouse<br>316 North Robert Street, Suite 100<br>St. Paul, MN 55101 | United States District Court for the Northern District of California, San Francisco Division<br><br>Clerk of the Court<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue, 16th Floor,<br>San Francisco, CA 94102 |
| United States District Court for the District of Montana, Great Falls Division<br><br>Clerk of the Court<br>125 Central Avenue West, Suite 110,<br>Great Falls, MT 59404 | United States Judicial Panel on Multidistrict Litigation<br><br>Clerk of the Panel<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE, Room G-255,<br>North Lobby<br>Washington, DC 20544-0005 |

**Plaintiffs' Counsel Served Via Electronic Mail**

Bret K. Pufahl
Elizabeth C. Chavez
**FOOTE CHAVEZ LAW, LLC**
1541 East Fabyan Parkway, Suite 101
Geneva, IL 60134
Telephone: 630-232-7450
bkp@fmcolaw.com
ecc@fmcolaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Lydia Lockwood
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600,
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
llockwood@gustafsongluek.com

Jan Richard Schlichtmann
**SCHLICHTMANN LAW**
PO Box 233
Prides Crossing, MA 01965
Telephone: 978-804-2553
jan@schlichtmannlaw.com

Kathleen C. Chavez
Robert M. Foote
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
10 West State Street, Suite 200
Geneva, IL 60134
Telephone: 630-232-7450
kcc@fmcolaw.com
rmf@fmcolaw.com

*Counsel for Plaintiff City of Peabody, Massachusetts*

Bethany R. Turke
**LATHAM & WATKINS LLP**
233 S. Wacker Dr., Ste 5800,
Chicago, IL 60606
Telephone: 312-876-7700
bethany.turke@lw.com

David M. Cialkowski
**ZIMMERMAN REED, PLLP**
1100 IDS Center
80 South Eighth Street,
Minneapolis, MN 55402
Telephone: 612-341-0400
David.cialkowski@zimmreed.com

Gwyneth F. Lietz
Kenneth A. Wexler
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, Il 60606
Telephone: 312-261-6195
gfl@wbe-llp.com
kaw@wbe-llp.com

*Counsel for Plaintiff Earlville Community Fire Protection District*

Bryan L. Clobes
Daniel H. Herrera
Henry Visser Melville
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210

Jennifer Sclar
Ian Wise Sloss
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: 203-325-4491

3

Chicago, IL 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
bclobes@caffertyclobes.com
dherrera@caffertyclobers.com
hmelville@caffertyclobes.com

Garrett Blanchfield, Bar No. 209855
Brant Penney, Bar No. 316878
Roberta Yard, Bar No. 322295
**REINHARDT WENDORF & BLANCHFIELD**
80 So. 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: 651-287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

*Counsel for Plaintiff City of Rochester, New York*

jsclar@sgtlaw.com
isloss@sgtlaw.com

John C. Heenan
**HEENAN & COOK, PLLC**
2224 Montana Avenue
Billings, MT 59101
Telephone: 406-839-9091
john@lawmontana.com

Michael A. Bliven
**BLIVEN LAW FIRM, PC**
704 S. Main,
Kalispell, MT 59901
Telephone: 406-755-6828
mike@blivenlawfirm.com

Craig Spiegel
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 2nd Avenue,
Seattle, WA 98101
Telephone: 206-623-7292
craigs@hbsslaw.com
steve@hbsslaw.com

Jason Harold Wilson
Kyle Landis-Marinello
Kyle J. McGee
Suzanne Sangree
Viola Vetter
**GRANT & EISENHOFER, P.A.**
123 Justison St.,
Wilmington, DE 19801
Telephone: 302-622-7097
jwilson@gelaw.com
kmarinello@gelaw.com
kmcgee@gelaw.com
ssangree@gelaw.com
vvetter@gelaw.com

*Counsel for Plaintiffs City and County of Butte-Silver Bow, Montana, City of Santa Monica, California; City of Stamford, Connecticut; Old Mystic Fire District, Connecticut; Mayor and City Council of*

4

| | |
|---|---|
| Adam J. Zapala<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>azapala@cpmlegal.com<br><br>*Attorney for Plaintiff County of San Mateo* | *Baltimore, Maryland; Charles County, Maryland; City of St. Louis, Missouri; Kansas City, Missouri; Anniston, Alabama; Little Rock, Arkansas; Pine Bluff, Arkansas; Worcester, Massachusetts; Markham, Illinois; Gary, Indiana; Borough of Emmaus, Pennsylvania; and City of Oak Creek, Wisconsin* |

**Defendants' Counsel Served via Electronic Mail**

| | |
|---|---|
| Brent Dwerlkotte<br>Andrew D. Carpenter<br>Zachary Scott Beach<br>**SHOOK, HARDY, & BACON, LLP**<br>2555 Grand Blvd.,<br>Kansas City, MO 64108<br>Telephone: 816-474-6550<br>dbdwerlkotte@shb.com<br>acarpenter@shb.com<br>zbeach@shb.com<br><br>Diana Chang<br>**SHOOK, HARDY & BACON L.L.P.**<br>5 Park Plaza, Suite 1600<br>Irvine, California 92614<br>Telephone: (949) 475-1500<br>Facsimile: (949) 475-0016<br>dchang@shb.com<br><br>Christy McCann<br>Daniel Auerbach<br>**BROWNING, KALECZYC, BERRY &**<br>**HOVEN, PC**<br>201 W. Railroad St., Suite 300,<br>Missoula, MT 59802<br>Telephone: 406-728-1694<br>christy@bkbh.com<br>daniel@bkbh.com<br><br>*Counsel for Defendants DuPont de Nemours,*<br>*Inc., EIDP, Inc., Corteva, Inc., and The*<br>*Chemours Company FC, LLC* | Jay Bhimani (SBN 267689)<br>**DECHERT LLP**<br>633 W. 5th Street, Suite 4900<br>Los Angeles, CA 90071<br>Telephone: (213) 808-5700<br>Facsimile: (213) 808-5760<br>jay.bhimani@dechert.com<br><br>Mark S. Cheffo<br>Jacqueline Harrington<br>**DECHERT LLP**<br>Three Bryant Park, 1095 Avenue of the<br>Americas<br>New York, NY 10036<br>Telephone: 212-698-3814<br>Mark.cheffo@dechert.com<br>Jacqueline.harrington@dechert.com<br><br>Neil G. Westesen<br>Pamela C. Garman<br>**CROWLEY FLECK PLLP**<br>900 N. Last Chance Gulch, Suite 200<br>PO Box 797<br>Helena, MT 59624-0797<br>Telephone: 406-449-4165<br>nwestesen@crowleyfleck.com<br>pgarman@crowleyfleck.com<br><br>*Counsel for Defendant W.L. Gore &*<br>*Associates* |
| Nathan C. Chase, Jr.<br>**ROBINSON, BRADSHAW &**<br>**HINSON, P.A.**<br>600 S. Tryon Street, Suite 2300<br>Charlotte, North Carolina 28202<br>(704) 377-2536<br>nchase@rbh.com<br><br>Jill M. Gerdrum<br>**HALL & EVANS LLC**<br>125 Bank Street, Suite 403<br>Missoula, MT 59802<br>Telephone: 406-532-2635<br>gerdrumj@hallevans.com | Glenn A. Friedman<br>Paul A. Desrochers<br>**LEWIS BRISBOIS BISGAARD &**<br>**SMITH LLP**<br>45 Fremont Street, Suite 3000<br>San Francisco, CA 94105-2256<br>Telephone: 415.362.2580<br>Facsimile: 415.434.0882<br>Glenn.Friedman@lewisbrisbois.com<br>Paul.Desrochers@lewisbrisbois.com |

6

| | |
|---|---|
| *Counsel for Defendants Honeywell Safety Products USA, Inc. and Morning Pride Manufacturing, LLC* | Francis Torrence<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>888 SW Fifth Avenue, Suite 900,<br>Portland, OR 97204<br>Telephone: 971-334-7025<br>Francis.torrence@lewisbrisbois.com<br><br>*Counsel for Defendant Lion Group, Inc.* |
| Robert J. Romero<br>**HINSHAW & CULBERTSON LLP**<br>50 California Street, Suite 2900<br>San Francisco, CA 94111<br>Telephone: 415-362-6000<br>Facsimile: 415-834-9070<br>rromero@hinshawlaw.com<br><br>*Counsel for Defendant Stedfast USA, Inc.* | Peter J. Van Zandt<br>Kelsey J. Moe<br>**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**<br>180 Montgomery Street, Suite 1200<br>San Francisco, California 94104<br>Telephone: 415.697.2194<br>Facsimile: 415.434.0882<br>pvanzandt@aghwlaw.com<br>kmoe@aghwlaw.com<br><br>*Counsel for Defendant PBI Performance Products, Inc. and Intertech Group, Inc.* |
| Michele Floyd<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Two Embarcadero Center<br>Suite 1900<br>San Francisco, California 94111<br>Telephone: 415 576 0200<br>Facsimile: 415 576 0300<br>MFloyd@ktslaw.com<br><br>James F. Bogan III<br>Georgia Bar No. 065220<br>Bennett T. Richardson<br>Georgia Bar No. 974586<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4528<br><br>*Counsel for Defendant Southern Mills, Inc. d/b/a TenCate Protective Fabrics* | M. Russell Wofford, Jr.,<br>Jameson B. Carroll<br>Michael Weiss<br>**CARROLL & WEISS LLP**<br>2870 Peachtree Rd NW, Suite 193<br>Atlanta, GA 30305-2918<br>Tel: 404.514.5061<br>rwofford@carrollweiss.com<br>jcarroll@carrollweiss.com<br>mweiss@carrollweiss.com<br><br>*Counsel for Defendant Milliken & Company* |

| | |
|---|---|
| Erik W. Kemp<br>**STINSON LLP**<br>595 Market Street, Suite 2600<br>San Francisco, California 94105<br>Telephone: 415.398.3344<br>Facsimile: 415.956.0439<br>erik.kemp@stinson.com<br><br>Jason R. Benton<br>NC State Bar No. 27710<br>**PARKER POE ADAMS & BERNSTEIN LLP**<br>620 South Tryon Street, Suite 800<br>Charlotte, NC 28202<br>(704) 372-9000 - Phone<br>(704) 334-4706 - Facsimile<br>jasonbenton@parkerpoe.com<br><br>Robert Osborne<br>**PARKER POE ADAMS & BERNSTEIN LLP**<br>200 Meeting Street, Suite 301<br>Charleston, South Carolina 29401<br>(843) 727-2662<br>robertosborne@parkerpoe.com<br><br>*Counsel for Elevate Textiles, Inc. and Safety Components Fabric Technologies* | Shane Hoover<br>**GOLDBERG SEGALLA LLP**<br>shoover@goldbergsegalla.com<br>611 Gateway Blvd., Suite 120<br>South San Francisco, CA 94080<br>Tel: 415-432-6648<br>Fax: 415-432-6601<br><br>*Counsel for Defendant Innotex Corp.* |
| Bill Munoz<br>**FREEMAN MATHIS & GARY, LLP**<br>2281 Lava Ridge Court, Suite 130<br>Roseville, CA 95661<br>Tel: (916) 272-1423<br>Bill.Munoz@fmglaw.com<br><br>Kevin Kenneally<br>Joshua Ferguson<br>Kevin Ringel<br>**FREEMAN MATHIS & GARY, LLP**<br>33 N. Dearborn St., Suite 1430<br>Chicago, IL 60602<br>Tel: (773) 389-6440<br>Kevin.Kenneally@fmglaw.com<br>JFerguson@fmglaw.com<br>Kevin.Ringel@fmglaw.com | Brent Richard Bihr<br>Brianne C. McClafferty<br>William W. Mercer<br>**HOLLAND & HART LLP**<br>401 North 31st Street., Suite 1200,<br>Billings, MT 59101<br>Telephone: 406-896-4668<br>brbihr@hollandhart.com<br>bcmcclafferty@hollandhart.com<br>wwmercer@hollardhart.com<br><br>Lauren R. Goldman<br>Adam Israel Steene<br>Gregg Costa<br>**GIBSON, DUNN, & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193 |

| | |
|---|---|
| Maxon R. Davis<br>**DAVIS HATLEY HAFFEMAN & TIGHE**<br>P.O. Box 2103<br>101 River Drive North The Milwaukee Station,<br>Third Floor,<br>Great Falls, MT 59401-2103<br>Telephone: 406-761-5243<br>Max.davis@dhhtlaw.com<br><br>*Counsel for Defandant Fire-Dex* | Telephone: 212-351-4000<br>lgoldman@gibsondunn.com<br>asteene@gibsondunn.com<br>gcosta@gibsondunn.com<br><br>Kenneth P. Conour<br>**BUTLER SNOW LLP**<br>1320 Adams Street, Suite 1400<br>Nashville, TN 37208<br>Telephone: 615.651.6700<br>Facsimile: 615.651.6701<br>kenneth.conour@butlersnow.com<br><br>Michael B. Hewes<br>**BUTLER SNOW LLP**<br>1300 25th Avenue, Suite 204<br>Gulfport, MS 39501<br>Telephone: (228) 575.3039<br>Michael.Hewes@butlersnow.com<br><br>Caroline D. Walker<br>**BUTLER SNOW LLP**<br>1819 Fifth Avenue North, Suite 1000<br>Birmingham, AL 35203<br>Telephone: (205) 297-2200<br>Caroline.Walker@butlersnow.com<br><br>*Counsel for Defendant 3M Company* |
| Clement L. Glynn<br>**GLYNN, FINLEY, MORTL, HANLON &<br>FRIEDENBERG, LLP**<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br>Phone (925) 210-2801<br>Fax (925) 945-1975<br>cglynn@glynnfinley.com<br><br>James Stengel<br>Paige Pavone<br>**ORRICK, HERRINGTON &<br>SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Phone (212) 506-5000 | |

9

| | |
|---|---|
| Fax (212) 506-5151<br>jstengel@orrick.com<br>ppavone@orrick.com<br><br>Hillary Dang<br>**ORRICK, HERRINGTON &<br>SUTCLIFFE LLP**<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Phone (202) 339-8400<br>Fax (202) 339-8500<br>hdang@orrick.com<br><br>Nicholas J. Lofing<br>Emma L. Mediak<br>**GARLINGTON LOHN & ROBINSON,<br>PLLP**<br>350 Ryman Street, PO Box 7909,<br>Missoula, MT 59807-7909<br>Telephone:  406-523-2500<br>njlofing@garlington.com<br>elmediak@garlington.com<br><br>*Counsel for Defendant Globe Manufacturing<br>Company, LLC* | |

Date: May 27, 2026

Respectfully submitted,

*/s/ Kathleen C. Chavez*

Kathleen C. Chavez (IL Bar No. 6255735)
**FOOTE CHAVEZ LAW LLC**
1541 E. Fabyan Parkway, Suite 101
Geneva, IL 60134
Telephone: (630) 849-8529
kcc@fmcolaw.com

*Attorney for City of Peabody*