**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Firefighter Turnout Gear Marketing, Sales Practices, and Products Liability Litigation | MDL No. 3191<br>This Document Relates To:<br><br>*City of Rochester, NY v. 3M Company, et al.,* No. 0:26-cv-2329 (D. Minn.)<br><br>*Earlville Comm. Fire Prot. Dist. v. 3M Company, et al.,* No. 0:26-cv-2388 (D. Minn.)<br><br>*County of San Mateo v. 3M Company, et al.,* No. 3:26-cv-2380 (N.D. Cal.) |

### ELEVATE TEXTILES, INC. AND SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC. JOINDER OF GLOBE MANUFACTURING COMPANY, LLC'S RESPONSE TO MOVANT CITY OF ROCHESTER'S MOTION FOR CENTRALIZATION AND TRANSFER PURSUANT TO 28 U.S.C. § 1407

Elevate Textiles, Inc. ("Elevate") and Safety Components Fabric Technologies, Inc. ("SCFTI"), by and through their undersigned counsel, hereby join Globe Manufacturing Company, LLC's Response to Movant City of Rochester's Motion for Centralization and Transfer Pursuant to 28 U.S.C. § 1407 (Dkt. No. 59), and fully incorporate the arguments in the filing as if set forth herein.

Elevate and SCFTI support transfer of the Related Actions in which they are named and which are the subject of the City of Rochester's motion[1] to the Aqueous Film-Forming Foam ("AFFF") Multi-District Litigation ("MDL") before the Honorable Judge Richard M. Gergel in the District of South Carolina ("MDL 2873"), or in a new MDL before Judge Gergel. The

---

[1] *City of Rochester, New York v. 3M Company, et al*., No. 26-cv-02329 (D. Minn.); *Earlville Community Fire Protection District v. 3M Company, et al*., No. 26-cv-02388 (D. Minn.); and *County of San Mateo v. 3M Company, et al*., No. 26-cv-02380 (N.D. Cal.).

proposed MDL clearly overlaps with MDL 2873, and transferring the matters to Judge Gergel best serves the convenience of the parties and witnesses, and promotes judicial efficiency. It also eliminates what would otherwise be duplicative litigation, and the risk of inconsistent rulings. In the alternative, if the proceedings are not coordinated before Judge Gergel, Elevate and SCFTI do not oppose centralization in the District of Minnesota, as the second most appropriate forum.

This the 3rd day of June, 2026.

/s/ *Jason R. Benton*
Jason R. Benton
N.C. State Bar No. 27710
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, NC  28202
T: 704-372-9000
F: 704-334-4706
Email: jasonbenton@parkerpoe.com

*ATTORNEY FOR DEFENDANTS ELEVATE TEXTILES, INC., AND SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC.*

2